**FILED**
JAN 2 7 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal Case No. 11-CR-0334 (EGS) |
| : | |
| Amin Ravam, : | |
| : | |
| **Defendant.** : | |

Upon consideration of the government's motion to dismiss the indictment as it pertains to AMIN RAVAM, it is this _26th_ day of January, 2016,

**ORDERED**, that the government's motion to dismiss as it pertains to AMIN RAVAM is **GRANTED** and that all charges against AMIN RAVAM are hereby dismissed without prejudice.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Date:   January ____, 2016

Cc:   Kenneth C. Kohl
      Assistant United States Attorney
      National Security Section

      United States Marshal Service
      Warrant Squad